No. 404. EX PARTE RAMÓN P. RODRÍGUEZ, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 9, 1914. Decided February 13, 1914. Bond approved. The petitioner appeared *pro se.*

No. 409. EX PARTE TULIO RODRÍGUEZ MUÑIZ, PETITIONER.—Petition for the approval of notarial bond executed by the National Surety Company on February 11, 1914. Decided February 19, 1914. Bond approved. The petitioner appeared *pro se.*

No. 421. EX PARTE FRANCISCO ACEVEDO, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 28, 1914. Decided March 2, 1914. Bond approved. The petitioner appeared *pro se.*

No. 397. EX PARTE FERNANDO E. MARTÍNEZ, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 16, 1914. Decided March 3, 1914. Bond approved. The petitioner appeared *pro se.*

No. 418.—EX PARTE GERÓNIMO CASTA FORNÉS, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on February 25, 1914. Decided March 10, 1914. Bond approved. The petitioner appeared *pro se.*

No. 389. EX PARTE ENRIQUE LEFEBRE, PETITIONER.—Petition for the approval of notarial surety bond executed by the National Surety Company on March 9, 1914. Decided March